675 A.2d 711

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Richard W. QUINLAN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 22, 1995.

Decided May 21, 1996.

James K. Vogel, Anthony R. Himes, Erie, for Com.

Richard W. Quinlan, pro se.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

184

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

NIGRO, J., dissents.